Danny J. Horen
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

*Attorneys for Plaintiff*
Raymundo Montero

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RAYMUNDO MONTERO, <br><br> Plaintiff, <br><br> v. <br><br> CONCORD SERVICING CORPORATION d/b/a BLACKWELL RECOVERY; and DOES 1-10, inclusive, <br><br> Defendant. | Case No.: 2:14-cv-00095-KJD-PAL <br><br><br> NOTICE OF SETTLEMENT |

**NOTICE IS HERBY GIVEN** that the dispute between Plaintiff RAYMUNDO MONTERO ("Plaintiff") and Defendant CONCORD SERVICING CORPORATION d/b/a BLACKWELL RECOVERY ("Defendant") has been resolved on an individual basis. The parties anticipate filing a Motion for Dismissal of the Action as to the named Plaintiff, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after July 20, 2014 for filing a Dismissal.

May 20, 2014                                                    RESPECTFULLY SUBMITTED,

                                                                By: /s/ Danny J. Horen_____
                                                                       DANNY J. HOREN, ESQ.
                                                                       ATTORNEY FOR PLAINTIFFS

1
2
3                    **CERTIFICATE OF SERVICE**
4
    I hereby certify that on the 20th day of May, 2014, service of the foregoing ***NOTICE OF***
5
***SETTLEMENT*** was served via electronic filing with the court, thereby upon completion the
6
electronic filing system automatically generated a "Notice of Electronic Filing" as service
7
through CM/ECF to registered parties of record in this case, addressed as follows:

| **Counsel of Record** | **Phone/Fax** | **Party** |
|---|---|---|
| Craig J. Mariam<br><br>GORDON & REES LLP<br>3700 Howard Hughes Pkwy<br>Ste 100<br>Las Vegas, NV | P: (702) 577-9333<br><br>Cmariam@gordonrees.com | Defendant |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

By: /s/ Danny J. Horen
Danny J. Horen, Esq.
Kazerouni Law Group, APC

IT IS SO ORDERED this 28th day of May, 2014.

_____
Peggy A. Leen
United States Magistrate Judge